*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00028-CR

Fred **CAMPBELL**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 1984CR0397A
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice

Delivered and Filed:  March 2, 2011

DISMISSED FOR LACK OF JURISDICTION

The trial court signed an order denying appellant's motion for post-conviction DNA testing on November 29, 2010.  Because appellant did not file a motion for new trial, the notice of appeal was due to be filed December 29, 2010.  TEX. R. APP. P. 26.2(a)(1); TEX. CODE CRIM. PROC. art. 64.05.  A motion for extension of time to file the notice of appeal was due on January 13, 2011.  TEX. R. APP. P. 26.3.  Appellant filed a notice of appeal on January 10, 2011, but appellant did not file a motion for extension of time.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id*. Because the appeal appeared to be untimely, we ordered appellant to show why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. Because appellant's notice of appeal was not timely filed, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH